

# NUMBER 13-12-00693-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**BARRY DWAYNE MINNFEE,**                                                    **Appellant,**

**v.**

**KRYSTAL DAVIS, ET AL.,**                                                    **Appellees.**

---

**On appeal from the 130th District Court
of Matagorda County, Texas**

---

# MEMORANDUM OPINION

**Before Justices Garza, Benavides, and Perkes
Memorandum Opinion Per Curiam**

Appellant, Barry Wayne Minnfee, attempted to perfect an appeal from an order issued by the trial court. Upon review of the documents before the Court, it appeared that the order he was attempting to appeal was not appealable and the appeal was late. The Clerk of this Court notified appellant of these defects so that steps could be taken to correct the defects, if it could be done. *See* TEX. R. APP. P. 37.1, 42.3.

Appellant was advised that, if the defects were not corrected within ten days from the date of receipt of this notice, the appeal would be dismissed for want of jurisdiction. Appellant has failed to respond to this Court's directive and has not shown that the order at issue is subject to appeal or that the appeal is timely.

Moreover, appellant is on the list of vexatious litigants compiled by the Office of the Court Administration of the Texas Judicial System, and he has been prohibited from filing any more litigation in Texas courts without permission of a local administrative judge. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 11.104 (West Supp. 2011); *see generally* http://www.txcourts.gov/oca/vexatiouslitigants.asp. The record before the Court fails to show that appellant obtained the permission of the local administrative judge to file this appeal. With limited exceptions not applicable to this case, "a clerk of a court may not file a litigation, original proceeding, appeal, or other claim presented by a vexatious litigant subject to a prefiling order under Section 11.101 unless the litigant obtains an order from the local administrative judge permitting the filing." *Id.* § 11.103(a) (West Supp. 2011).

The Court, having considered the documents on file and appellant's failure to correct the defects in this matter, is of the opinion that the appeal should be dismissed. Accordingly, the appeal is DISMISSED. *See* TEX. R. APP. P. 42.3(a),(c).

PER CURIAM

Delivered and filed the
14th day of February, 2013.

2